Arthur G. **SPICKERMAN**,
**Defendant-Appellant**.

No. 71-1106.

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 28, 1971.

Ethel **LEVY** et al., **Plaintiffs-Appellants**,

v.

W. L. **NORRED**, Director of the Division of Securities for State of Florida, et al., **Defendants-Appellees**.

No. 71-2079

Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 28, 1971.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

** Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

Ethel Levy, pro se.

Larry Levy, Asst. Gen. Counsel, Dept. of Banking and Finance, Tallahassee, Fla., for defendants-appellees.

Before BROWN, Chief Judge, IN-GRAHAM and RONEY, Circuit Judges.

PER CURIAM:
Affirmed.   See Local Rule 21.[1]